**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASILIOS ARNE LEFALK, individually and on behalf of AMPRAZIS TECH INC., MELIGOLI INC., RYOULIVE INC.<br><br>Plaintiff,<br><br>vs.<br><br>OMAR FITZGERALD, MICHAEL J MACKEN, and JOHN HESS and Does 1-100.<br><br>Defendants. | Case No.: 2:24-cv-10607-SVW-MAR<br><br>*[Assingned for all purposes to the Honorable Stephen V. Wilson]*<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Date filed: December 9, 2024<br>Trial Date: Not yet set |

[~~PROPOSED~~] JUDGMENT

Pursuant to the Court's January 9, 2026 Order (Dkt. 54) granting Plaintiffs' Motion to Enforce Settlement Agreement, and in accordance with the Settlement Agreement dated October 2, 2025 and Amendment dated October 27, 2025, judgment is hereby entered as follows:

Judgment is entered in favor of Plaintiffs VASILIOS ARNE LEFALK, and against Defendant OMAR FITZGERALD in the principal amount of $43,750,000.00.

Post-judgment interest shall accrue on the judgment amount at the rate provided by 28 U.S.C. § 1961, from the date of entry of judgment until paid.

The Court retains jurisdiction to enforce this judgment and to adjudicate any application for attorneys' fees and costs incurred by Plaintiffs in post-default enforcement, as permitted by the parties' Agreement.

IT IS SO ORDERED.

DATED: February 9, 2026

_____

HON. STEPHEN V. WILSON
United States District Judge

1
[PROPOSED] JUDGMENT